## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| | * | |
| | * | |
| **MARIE WECHSBERG,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No.: RWT 11cv650 |
| | * | |
| **FEDERAL RECOVERIES, LLC** | * | |
| | * | |
| Defendants | * | |

## <u>ORDER</u>

On March 3, 2011, Plaintiff filed this action against Defendant seeking to recover statutory damages, attorney's fees, and costs based on Defendant's alleged violation of the Fair Debt Collection Practices Act and the Maryland state analog. Doc. No. 1. The Defendant was served with a copy of the summons and Complaint on August 29, 2011. Doc. No. 10. The Defendant failed to plead or otherwise defend as mandated by the Federal Rules of Civil Procedure. On September 27, 2011, Plaintiff filed a motion for Clerk's entry of default. Doc. No. 11. The Clerk entered an order of default against the Defendant on September 30, 2011. On November 21, 2011, this Court sent a letter to the Defendant informing it of the entry of default and informing the Defendant that if it wished to dispute the motion for judgment by default it must do so on or before December 21, 2011. Doc. No. 14. As of the date of this Order, Defendant has not filed anything in this case.

Currently pending before the Court is Plaintiffs' Motion for Entry of Default Judgment pursuant to Federal Rule of Civil Procedure 55(b). Doc. No. 13. Plaintiff requests that the Court enter Judgment by Default against the Defendant as follows: (1) $1,000 in statutory damages; (2) $75 in costs; and (3) $4,080 in attorneys' fees.

In support of their requested judgment, Plaintiff has attached an affidavit and exhibit calculating the attorney's fees.  Accordingly it is, this 22nd day of May 2012, by the United States District Court for the District of Maryland,

**ORDERED**, that Plaintiffs' Motion for Entry of Default Judgment, Doc. No. 13, is **GRANTED**; and it is further

**ORDERED**, that Judgment is entered in favor of the Plaintiff against the Defendant Federal Recoveries, LLC, in the amount of $5,155; and it is further

**ORDERED**, that the Clerk is directed to **CLOSE** this case.

/s/
_____
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE
